# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
5/12/2015 11:37:32 AM
CATHY S. LUSK
Clerk

Court of Appeals No. (If known):  **12** - 15 - 00105 - CV

Trial Court Style:   Consolidated Property Interests, LLC vs. Jerry Payne and Penny Payne

Trial Court & County: 273RD/SABINE                          Trial Court No.: 12,827

Date Trial Clerk's Record Originally Due: 5/12/2015

Date Court Reporter's/Recorder's Record Originally Due:    5/12/2015

Anticipated Number of Pages of Record:    200

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:    (Check all that apply - attach additional pages if necessary.)

☐    to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

☐    my duties listed below preclude working on this record:
Carpal tunnel flared up earlier this year and pain progressed to the point where I've had to have surgery due to severe pain and on 9-11 I had surgery and  another surgery is also scheduled for 10-2 .

☒    Other. (Explain.):   On 5-11-2015 I received the deposit for the Reporter's Record.  They emailed the designation of record last week.

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by  6-11-15 , and **I hereby request an additional**  30  **days** within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

5-12-15                                          /s/Julie C. Lambert

Date                                             Signature

936.590.2903

Office Phone Number                    Printed Name    Julie C Lambert

lambertcsr@hotmail.com

E-mail Address (if available)          Official Title Official Court Reporter

TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

> ***Certificate requirements.*** A certificate of service must be signed by the person who made the service and must state:
>
> (1) the date and manner of service;
> (2) the name and addresses of each person served; and
> (3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for **APPELLANT(S)**:
  Greg D. Smith - gsmith@rameyflock.com
  Brent L. Watkins -
  bwatkins@skeltonslusher.com

Lead Counsel for **APPELLEE(S)**:

  John H. Seale – katiecmorgan@yahoo.com

Name:＿＿＿＿＿＿＿＿＿＿＿＿＿

Name:

Address:＿＿＿＿＿＿＿＿＿＿＿

Address:

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

Phone no.:＿＿＿＿＿＿＿＿＿＿＿

Phone no.:

Attorney for:＿CONSOLIDATED PROPERTY INTERESTS＿

Attorney for:　JERRY PAYNE and PENNY PAYNE

Lead Counsel for **APPELLANT(S)**:

Name:

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

Address:

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

Phone no.:＿＿＿＿＿＿＿＿＿＿＿

Attorney for:＿＿＿＿＿＿＿＿＿

Lead Counsel for

**APPELLEE(S)**:Counsel for

APPELLANT(S): Lead

Counsel for APPELLEE(S):

Phone no.:
Name:

Attorney for:
Attorney for:

Lead Counsel for

APPELLANT(S):

Additional                                    information,                    if                    any:
APPELLANT(S):

Name:

Address: